IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN D. PENA,<br>*Plaintiff*, | § § § | |
| v. | § § | CASE NO. _____<br>(Hidalgo County Cause No. CL-23-4519-F) |
| | § § | |
| LOWE'S HOME CENTERS, LLC<br>*Defendant.* | § § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant, Lowes Home Centers, LLC (hereinafter "Defendant" and/or "LHC"), in the above-entitled and numbered cause, by counsel, hereby removes this action from County Court at Law #6, Hidalgo County, Texas, to the United States District Court for the Southern District of Texas, McAllen Division, pursuant to § 1332, 1441(b), and 1446 of Title 28 of the United States Code.

**I.   NATURE OF REMOVED ACTION**

1.   Plaintiff, Juan Pena, commenced this action on or about November 8, 2023, by filing his Original Petition in the County Court at Law #6, Hidalgo County, case number: CL-23-4519-F. Plaintiff filed his First Amended Original Petition, properly naming Defendant LHC on or about December 21, 2023. Defendant LHC was served with the Complaint on or about December 21, 2023.

2.   Plaintiff alleges that on or about May 15th, 2023, Plaintiff was shopping at a Lowe's store (Store # 1702) located at 707 S. Jackson Rd., Pharr, TX 78577. While shopping, Plaintiff

1

alleges that he slipped and fell on rocks that were on the path he was walking on, subsequently suffering personal injury.

3. Plaintiff asserts negligence claims against Defendant LHC.

4. Pursuant to 28 U.S.C. § 1446(a), all papers and matter filed in state court are attached hereto as **Exhibit A**, more specifically, as follows:

Exhibit A-1:   Plaintiff's Original Petition

Exhibit A-2:   Citation

Exhibit A-3:   Defendant Lowe's Companies, Inc.'s Original Answer

Exhibit A-4:   Plaintiff's First Amended Original Petition

Exhibit A-5:   Defendant Lowe's Home Centers, LLC's Original Answer to Plaintiff's First Amended Original Petition

## II.   TIMELINESS OF REMOVAL

5. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the same was filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief upon which the proceeding is based against Defendant LHC. *Compare* Exhibit A-4 (naming Lowe's Home Centers, LLC, as Defendant), *with* Exhibit A-1 (naming Lowe's Companies, Inc., as Defendant). Further, this Notice of Removal is filed within one year of the commencement of this action.

6. A notice of Filing of Notice of Removal will be filed promptly with the Clerk of the County Court of Hildalgo County, Texas.

7. A copy of the Notice of Filing of Notice of Removal will also be served upon counsel for the Plaintiff, together with a copy of this Notice of Removal, contemporaneously with filing the same with the Clerk of the County Court of Hidalgo County, Texas.

## III.   PROPRIETY OF VENUE

8.     Venue is proper in this District and Division under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this District and Division.

### IV.     BASIS OF REMOVAL

9.     Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between the parties. For purposes of diversity jurisdiction analysis, and as described below, Plaintiff is a citizen of Texas and Lowe's is a citizen of North Carolina. There is complete diversity.

10.    Plaintiff is an individual who is a citizen and resident of Texas. *See* Exhibit A-4, ¶ 4.1.

11.    For purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of each of its members. *Greenwich Ins. Co. v. Capsco Indus., Inc.*, 934 F.3d 419, 422 (5th Cir. 2019). A corporation is a citizen of "every State and foreign state by which it has been incorporated and of the state or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1); *Tewari De-OX Sys. Inc. v. Mountain States/Rosen, Ltd. Liab. Corp.*, F.3d 481, 483 (5th Cir. 2014). A corporation's principal place of business depends on a determination of the corporation's nerve center. *Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010). This is typically the corporation's headquarters. *Id.*

12.    Lowe's Home Centers, LLC, is and was at the time of filing a limited liability company whose sole member is Lowe's Companies, Inc., a corporation that is incorporated and headquartered in North Carolina. Therefore, because its sole member is a citizen of North Carolina, Lowe's Home Centers, LLC, is a citizen of North Carolina.

13.    Because the Plaintiff does not share citizenship of the same state as the Defendant, complete diversity is satisfied.

### V.  AMOUNT IN CONTROVERSY

14.     In his Petition, Plaintiff states the "relief over $250,000.00 but not more than $1,000,000.00" *See* Exhibit A-4, ¶ 9.1. Thus, plaintiff's monetary claim is for more than $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1446(c)(2)(A). Therefore, the amount in controversy is sufficient to establish the diversity jurisdiction of this Court. *See id.*; 28 U.S.C. § 1332(a).

15.     This Court has original jurisdiction of this civil action because there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332(a). Accordingly, this action is removable to this Court.

16.     Plaintiff demanded a jury in the state court suit. *See* Exhibit A-4 at 6, PRAYER.

### **PRAYER**

WHEREFORE, Defendant, Lowe's Home Centers, LLC, submits that this matter is properly removed from the County Court at Law No. 6, Hidalgo County, Texass to this Court.

Respectfully submitted,

By: */s/ Alyssa Isenberg*
Alyssa Isenberg
*Attorney-in-Charge*
State Bar No.: 24135211
SDTX Bar No.: 3850272
alyssa.isenberg@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
711 Broadway, Suite 220
San Antonio, Texas 78215
210.953.1955
210.905.4256 (facsimile)
***Attorney for Defendant, Lowe's Home Centers, LLC***

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure on this 17th day of January 2024.

| | |
|---|---|
| Frank Guerra<br>Frank Guerra Law Firm, PLLC<br>1211 Pecan Blvd<br>McAllen, Texas 78501<br>frank@frankguerralaw.com<br>***Attorney for Plaintiff*** | ***E-Service*** |

                /s/ *Alyssa Isenberg*
                Alyssa Isenberg