# EXHIBIT A-1

Electronically Submitted
11/7/2023 2:31 PM
Hidalgo County Clerk
Accepted by: Nancy Flores

CAUSE NO. CL-23-4519-F

| | | |
|---|---|---|
| **JUAN D. PENA** *Plaintiff,* | § | **IN THE COUNTY** |
| | § | |
| **V.** | § | **COURT AT LAW NO. ______** |
| | § | |
| **LOWE'S COMPANIES, INC.** *Defendant.* | § | **HIDALGO COUNTY, TEXAS** |

**PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR PRESERVATION & NOTICE UNDER RULES 193.7 & 609(F)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, JUAN D. PENA, hereinafter called Plaintiff, and complains of LOWE'S COMPANIES, INC., hereinafter called Defendant, and for cause of action would respectfully show the Court as follows:

## I. DISCOVERY CONTROL PLAN

1.1 Damages sought in this case are within the minimal jurisdiction limits of the court, and Plaintiff requests TEX. R. CIV. P. 190.3 Discovery Control Plan Level II treatment of all subsequent pleadings and discovery.

## II. REQUEST FOR PRESERVATION

2.1 The Defendant is hereby given notice that any document or other material, including electronically stored information, that may be evidence or relevant to any issue in this case is to be preserved in its present form until this litigation is concluded.

## III. VENUE

3.1 This suit is brought in accordance with the laws of the State of Texas under TEX. R. CIV. P. 47(c)(4), Plaintiff affirmatively pleads that he seeks monetary relief under $1,000,000.00, including damages of any kind, costs, penalties, and prejudgment interest and attorney's fees, and

Electronically Submitted
11/7/2023 2:31 PM
Hidalgo County Clerk
Accepted by: Nancy Flores



the recovery of damages are within the minimal jurisdictional limits of this Court, to which Plaintiff is entitled to receive as compensation for the injuries are described below.

3.2 The incident made the basis of this lawsuit occurred and the cause of action arose in Hidalgo County, Texas. Defendant committed a tort in the State of Texas, thus submitting himself to the jurisdiction of Texas. Accordingly, the Court has jurisdiction over this matter and Venue is proper in Hidalgo County, Texas.

## IV. PARTIES AND ACTS AS AGENTS

4.1 Plaintiff, JUAN D. PENA, are individuals residing in Hidalgo County, Texas.

4.2 Defendant, LOWE'S COMPANIES, INC., is a corporation doing business in the State of Texas and may be served with process by serving its registered agent, Corporation Service Company Dba Csc - Lawyers Inco, 211 E. 7th Street, Suite 620 Austin, Tx 78701or wherever he may be found.

4.3 Whenever in this petition it is alleged that Defendant did any act or thing, it is meant that:

A. Defendant performed or participated in the act, or

B. Defendant's officers, trustees, employees, agents, representatives, or successors, Performed or participated in the act or on behalf of and under the authority of Defendant.

C. Under the doctrine of *Respondeat Superior*, Defendant are liable to Plaintiff for the conduct or omissions of their employees, agents or servants.

## V. FACTS

5.1 At all times material hereto, Defendant Lowe's Companies, Inc. was the owner of the premises located at LOWE'S OF PHARR, TX - Store # 1702, 707 S Jackson Rd, Pharr, TX 78577.

Electronically Submitted
11/7/2023 2:31 PM
Hidalgo County Clerk
Accepted by: Nancy Flores



5.2 On May 15, 2023, JUAN D. PENA entered upon said premises for the purpose of shopping. He entered on the said property of Defendant at the invitation of Defendant to engage in the act of shopping.

5.3 During the time that JUAN D. PENA was upon Defendant Lowe's Companies, Inc.'s property, JUAN D. PENA was seriously injured as a result of a dangerous condition in that there were rocks along his pathway, he slipped and fell, and sustained bodily injury.

5.4 JUAN D. PENA's bodily injuries occurred as a direct result of an injury that was proximately caused by the dangerous condition described above, which both Defendant, jointly knew or, in the exercise of ordinary care, should have known existed.

## VI. LIABILITY OF DEFENDANT LOWE'S COMPANIES, INC.

6.1 At all times mentioned herein, Defendant Lowe's Companies, Inc. owned the property in question, located in Hidalgo, Texas.

6.2 At all times mentioned herein, Defendant Lowe's Companies, Inc. had such control over the premises in question that Defendant Lowe's Companies, Inc. owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

6.3 Defendant Lowe's Companies, Inc., Defendant's agents, servants, and employees negligently permitted the bathroom lock to become negligently or willfully allowed such condition to continue and negligently or willfully failed to warn Plaintiff of the condition or repair it. This condition existed despite the fact that Defendant Lowe's Companies, Inc., Defendants' agents knew or should have known of the existence of the aforementioned condition and that there was likelihood of a person being injured as occurred to Plaintiff.

Electronically Submitted
11/7/2023 2:31 PM
Hidalgo County Clerk
Accepted by: Nancy Flores



6.4 Furthermore, Plaintiff would show the court that the condition had continued for such period that, had Defendant Lowe's Companies, Inc. or Defendant's agents exercised ordinary care in the maintenance, it would have been noticed and corrected by such persons.

6.5 At all times pertinent herein, Defendant Lowe's Companies, Inc. and any of Defendants' agents, who were acting in the scope of their employment, were guilty of negligent conduct toward the Plaintiff in:

A. Failing to properly inspect and maintain the condition in question to discover the dangerous condition;

B. Failing to maintain the condition in a reasonably safe condition;

C. Failing to give adequate and understandable warnings to Plaintiff of the unsafe condition;

D. Failing to give warnings to Plaintiff of the unsafe condition;

E. Failing to fix the condition causing the slip and fall; and

F. Failing to discover and put away or replace the condition within a reasonable time.

## VII. PROXIMATE CAUSE

7.1 Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## VIII. DAMAGES FOR PLAINTIFF JUAN D. PENA

8.1 As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendant's acts as described herein, Plaintiff, JUAN D. PENA, was caused to suffer severe bodily injuries, including but not limited to his whole body in general.

Electronically Submitted
11/7/2023 2:31 PM
Hidalgo County Clerk
Accepted by: Nancy Flores



8.2 As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff JUAN D. PENA has incurred the following damages:

A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, JUAN D. PENA for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Hidalgo County, Texas;

B. Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

C. Physical pain and suffering in the past;

D. Physical pain and suffering in the future;

E. Physical impairment in the past; and

F. Physical impairment which, in all reasonable probability, will be suffered in the future.

8.3 By reason of the above, Plaintiff, JUAN D. PENA has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

## XI. CLAIM FOR RELIEF UNDER TEX. R. CIV. P. 47

9.1 The damages in the case are unliquidated. Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00. Additionally, Plaintiff asks for judgment for all other relief to which Plaintiff is entitled.

## X. PRE-JUDGMENT INTEREST

10.1 By reason of all of the above, Plaintiff has been damaged in an amount within the jurisdictional limits of the Court. Accordingly, Plaintiff would show the Court that he is entitled to pre-judgment interest under the Laws of the State of Texas.

Electronically Submitted
11/7/2023 2:31 PM
Hidalgo County Clerk
Accepted by: Nancy Flores

**CL-23-4519-F**

## XI. NOTICE PURSUANT TO TEX. R. CIV. P. 193.7

11.1 Plaintiff provides notice to Defendant pursuant to Rule 193.7 of the Texas Rules of Civil Procedure that Plaintiff may utilize as evidence during the trial of this lawsuit all documents exchanged by the parties in written discovery in this case.

## XII. PLAINTIFF'S REQUEST FOR NOTICE BY DEFENDANT OF INTENT TO SEEK ADMISSION OF CRIMINAL CONVICTIONS OF WITNESSES PURSUANT TO TEXAS RULES OF EVIDENCE, RULE 609(f)

12.1 Plaintiff hereby requests, pursuant to Rule 609(f) of the Texas Rules of Evidence, that Defendant provide advance written notice of intent to seek admission of criminal convictions, as defined in TRE, Rule 609(3) against any witness designated by any party as a relevant fact witness, testifying expert witness and/or any consulting expert witness whose mental impressions or opinions have been reviewed by a testifying expert witness.

## PRAYER

Plaintiff prays that Defendant be duly cited to appear and answer herein and that upon final trial hereof; Plaintiff has judgment against Defendant for the full amount of his damages actual, with interest thereon at the maximum legal rate, both pre-judgment and post-judgment, that Plaintiff has and recover costs of Court against the said Defendant and that Plaintiff has and receive such other relief, general and specific, both at law and in equity, to which Plaintiff may be justly entitled. Plaintiff requests a jury trial.

Respectfully submitted,
FRANK GUERRA LAW FIRM, PLLC
1122 Pecan Boulevard
McAllen, Texas 78501
Tel: (956) 627-1066
Fax: (956) 843-0294

By: */s/ Frank Guerra*
Frank Guerra
State Bar No. 24078601